## CURTIS v. PARAMOUNT FAMOUS LASKY CORPORATION et al.
### No. 4193.

Circuit Court of Appeals, Third Circuit.
Feb. 13, 1930.

N. J. Curtis, of Ridgwood, N. J., for appellant.

Geo. G. Tennant, of Jersey City, N. J., for appellees.

Before BUFFINGTON and DAVIS, Circuit Judges, and THOMPSON, District Judge.

PER CURIAM.

It appearing in this matter that a final decree was entered in the case, we are of opinion, after argument and due consideration had, that the appropriate remedy in such case is an appeal and not a mandamus. The petition for the latter relief is therefore denied.